SECTION 7

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED

NO: 11-4756                                         DIVISION "     "

ANDREW GOLDMAN

VERSUS

NATIONWIDE MUTUAL INSURANCE COMPANY, BARBARA ANDERSON,
LITTLE HILL FOUNDATION FOR THE REHABILITATION OF ALCOHOLICS,
PHILADELPHIA INSURANCE COMPANY, EAN HOLDINGS, L.L.C., TIFFANY
JONES, ENTERPRISE LEASING COMPANY OF NEW ORLEANS, AND
ENTERPRISE RENT-A-CAR COMPANY

FILED: _____        _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Andrew Goldman, a

person of the full age and majority, who, with respect, shows the Court as follows:

I.

That defendant, Barbara Anderson, is a person of the full age and majority and a resident

of and domiciled in the County of Douglas, State of Georgia; that defendant, Tiffany Jones, is a

person of the full age and majority and a resident of and domiciled in the Parish of Orleans, State

of Louisiana; that Little Hill Foundation for the Rehabilitation of Alcoholics, made a party

Defendant herein, is a foreign company not authorized to do and doing business in the State of

Louisiana; that Philadelphia Insurance Company, made a party Defendant herein, is a foreign

insurance company authorized to do and doing business in the State of Louisiana; that Enterprise

Leasing Company of New Orleans, made a party Defendant herein, is a foreign company

authorized to do and doing business in the State of Louisiana; that Enterprise Rent-A-Car

Company, made a party defendant herein, is a foreign company authorized to do and doing

business in the State of Louisiana; that Ean Holdings, L.L.C, made a party Defendant herein, is a

foreign company authorized to do and doing business in the State of Louisiana; and that

Nationwide Mutual Insurance Company, made a party Defendant herein, is a foreign insurance

company authorized to do and doing business in the State of Louisiana.

II.

That on or about May 22, 2010, at approximately 1:30 p.m., defendant, Barbara

Anderson, was operating a 2010 Chrysler Town and Country, with the permission of its owner,



DEFENDANT'S
EXHIBIT
1

in a westerly direction on St. Charles Avenue near its intersection with St. Joseph Street in the Parish of Orleans, State of Louisiana.

III.

That at approximately the same time and place, defendant, Tiffany Jones, was operating a 2010 Chevrolet Equinox, with the permission of its owner, in a southerly direction on St. Joseph Street near its intersection with St. Charles Avenue in the Parish of Orleans, State of Louisiana.

IV.

That at the time and place referenced above, the vehicle being operated by Barbara Anderson failed to stop at a red traffic light at the intersection of St. Charles Avenue at St. Joseph Street and caused the vehicle operated by Tiffany Jones to strike it.

V.

Alternatively, that at the time and place referenced above, the vehicle being operated by Tiffany Jones failed to stop at a red traffic light at the intersection of St. Joseph Street at St. Charles Avenue and struck the vehicle being operated by Barbara Anderson.

VI.

That all times mentioned hereinabove, plaintiff, Andrew Goldman, was a passenger in the vehicle being operated by Tiffany Jones.

VII.

That the aforesaid accident sued on herein was the fault of and proximately caused by defendant, Barbara Anderson, in the following, non-exclusive respects:

(a)     By failing to stop at a red traffic light;

(b)     Failing to properly maintenance her vehicle;

(c)     Violating any and all applicable city and state motor vehicle laws;

(d)     Failing to take advantage of the last clear chance doctrine in avoiding the accident;

(e)     In operating the vehicle under her control in a reckless and negligent manner;

(f)     By failing to maintain reasonable and proper control of the vehicle under her control upon a public road;

(g)     By failing to see what should have been seen; and

(h)     All other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

VIII.

That the aforesaid accident sued on herein was the fault of and proximately caused by

~ 2 ~

defendant, Tiffany Jones, in the following, non-exclusive respects:

(a)    By failing to stop at a red traffic light;

(b)    Failing to properly maintenance her vehicle;

(c)    Violating any and all applicable city and state motor vehicle laws;

(d)    Failing to take advantage of the last clear chance doctrine in avoiding the accident;

(e)    In operating the vehicle under her control in a reckless and negligent manner;

(f)    By failing to maintain reasonable and proper control of the vehicle under her control upon a public road;

(g)    By failing to see what should have been seen; and

(h)    All other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

### IX.

That as a result of the aforesaid collision, plaintiff, Andrew Goldman, has sustained serious injuries to his body, together with past and future mental anguish and physical suffering; past and future expenses for medical care; past and future physical disability; loss of enjoyment of life; past and future loss of wages, fringe benefits, and wage earning capacity; all other special and general damages as will be shown at the trial of this matter; all of which entitles plaintiff to recover from defendants the damages as are reasonable in the premises.

### X.

That upon information and belief, at all times mentioned hereinabove, Barbara Anderson was employed by and acting within the course and scope of her employment with Little Hill Foundation for the Rehabilitation of Alcoholics; and therefore, pursuant to Louisiana Civil Code Article 2320, Little Hill Foundation for the Rehabilitation of Alcoholics is a proper party defendant.

### XI.

That upon information and belief, at all times mentioned hereinabove, Tiffany Jones was employed by and acting within the course and scope of her employment with Enterprise Leasing Company of New Orleans and/or Enterprise Rent-A-Car Company; and therefore, pursuant to Louisiana Civil Code Article 2320, Enterprise Leasing Company of New Orleans and/or Enterprise Rent-A-Car Company are proper party defendants.

### XII.

Plaintiff shows that at all times mentioned hereinabove, there was in full force and effect

~ 3 ~

a policy of automobile insurance issued by defendant, Philadelphia Insurance Company, under the terms and conditions of which it agreed to insure and indemnify defendants, Barbara Anderson and Little Hill Foundation for the Rehabilitation of Alcoholics, from the type of liability asserted herein.

### XIII.

That upon information and belief, at all times mentioned hereinabove, the vehicle being operated by Barbara Anderson was owned by Ean Holdings, L.L.C.; that Ean Holdings, L.L.C., in its capacity as the owner of the vehicle being operated by Barbara Anderson, was negligent in the entrustment and/or leasing of the subject vehicle to Barbara Anderson; and that said entrustment and/or leasing was a further contributing cause of the accident.

### XIV.

That upon information and belief, at all times mentioned hereinabove, the vehicle being operated by Tiffany Jones was owned by Enterprise Leasing Company of New Orleans and/or Enterprise Rent-A-Car Company; that Enterprise Leasing Company of New Orleans and/or Enterprise Rent-A-Car Company were negligent in the entrustment and/or leasing of the subject vehicle to Tiffany Jones; and that said entrustment and/or leasing was a further contributing cause of the accident.

### XV.

Plaintiff shows that at all times mentioned hereinabove, there was in full force and effect a policy of uninsured/underinsured motorist insurance issued by defendant, Nationwide Mutual Insurance Company, under the terms and conditions of which said insurer agreed to provide uninsured/underinsured motorist benefits to the plaintiff, and that evidence in this case will reflect that Barbara Anderson and/or Tiffany Jones were uninsured/underinsured on the date of loss, and therefore, said defendants are uninsured/underinsured motorists under the terms of the policy of insurance issued by defendant, Nationwide Mutual Insurance Company, and therefore, Nationwide Mutual Insurance Company is a proper party defendant.

WHEREFORE, your plaintiff, Andrew Goldman, prays that defendants, Nationwide Mutual Insurance Company, Little Hill Foundation for the Rehabilitation of Alcoholics, Philadelphia Insurance Company, Ean Holdings, L.L.C., Enterprise Leasing Company of New Orleans, Enterprise Rent-A-Car Company, Barbara Anderson, and Tiffany Jones, be served with a certified copy of this petition, and after being duly cited to appear and

~ 4 ~

answer hereto, and after the expiration of all legal delays and due proceedings are had, that there

be judgment rendered here in favor of plaintiff, Andrew Goldman, and against defendants,

Nationwide Mutual Insurance Company, Little Hill Foundation for the Rehabilitation of

Alcoholics, Philadelphia Insurance Company, Ean Holdings, L.L.C., Enterprise Leasing

Company of New Orleans, Enterprise Rent-A-Car Company, Barbara Anderson, and Tiffany

Jones, jointly and in solido, or, alternatively, individually and severally, for damages as are

reasonable in the premises, said judgment to bear legal interest from the date of judicial demand

until paid, and for all costs of these proceedings and all other legal and equitable relief to which

plaintiff is entitled.

Respectfully Submitted,

TIMOTHY J. YOUNG (22677)
JASON C. MACFETTERS (29617)
REBECC A. COMAN (28845)
THE YOUNG FIRM
400 Poydras Street, Suite 2090
New Orleans, LA 70130.
Telephone: (504) 680-4100
Facsimile (504) 680-4101

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH Or ORLEANS
STATE OF LA

~ 5 ~

**PLEASE SERVE:**

(1)   Barbara Anderson,
      Through her agent for service of process pursuant to LSA-R.S. 13:3474, et seq.
      (LA Non-Resident Motorist Statutes),
      Louisiana Secretary of State
      8585 Archives Ave.
      Baton Rouge, LA 70809

(2)   Tiffany Jones
      3408 St. Ferdinand
      New Orleans, LA 70126

(3)   Ean Holdings, LLC,
      Through its agent for service of process,
      CT Corporation System
      5615 Corporate Blvd, Ste 400B
      Baton Rouge, LA 70808

(4)   Enterprise Leasing Company of New Orleans
      Through its agent for service of process,
      CT Corporation System
      5615 Corporate Blvd, Ste 400B
      Baton Rouge, LA 70808

(5)   Nationwide Mutual Insurance Company
      Through its agent for service of process,
      Louisiana Secretary of State
      8585 Archives Ave.
      Baton Rouge, LA 70809

(6)   Enterprise Rent-A-Car Company
      Through its agent for service of process,
      CT Corporation System
      5615 Corporate Blvd, Ste 400B
      Baton Rouge, LA 70808

(7)   Little Hill Foundation for the Rehabilitation of Alcoholics,
      Through its agent for service of process pursuant to LSA-R.S. 13:3201, et seq.
      (LA Long-arm Statutes),
      Louisiana Secretary of State
      8585 Archives Ave.
      Baton Rouge, LA 70809

(8)   Philadelphia Insurance Company,
      Through its agent for service of process,
      Louisiana Secretary of State
      8585 Archives Ave.
      Baton Rouge, LA 70809