# HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.

### ATTORNEYS AT LAW

RICHARD T. SIMMONS, JR.*
DOMINIC J. OVELLA ± †
MICHAEL P. MENTZ
C. KELLY LIGHTFOOT
W. EVAN PLAUCHÉ †
MICHAEL J. VONDENSTEIN
DAVID K. PERSONS
JOHN E. UNSWORTH, JR.
CAROLINE D. IBOS
JOSEPH L. SPILMAN, III ∇∆∇
KEVIN O. LARMANN
DARREN A. PATIN
ANNE E. MEDO ±
SEAN P. MOUNT ± †
W. GLENN BURNS
GABRIEL J. VENINATA

RICHARD B. TUBERTINI*
BARBARA B. O'DONNELL

OF COUNSEL
JAMES W. HAILEY, JR
HENRY D. McNAMARA, JR
W. MARVIN HALL*
ANTONIO E. PAPALE, JR.*
LAURENCE E. LARMANN*
CLAUDE A. GRECO

ONE GALLERIA BOULEVARD
SUITE 1400
METAIRIE, LOUISIANA 70001
TELEPHONE: (504) 836-6500
TELECOPIER: (504) 836-6565

MAILING ADDRESS:
P.O. BOX 8288
METAIRIE, LA 70011-8288

OFFICES ALSO IN:

NEW ORLEANS, LOUISIANA
BATON ROUGE, LOUISIANA
GULFPORT, MISSISSIPPI

www.haileymcnamara.com

June 3, 2011

ALAYNE R. CORCORAN
JAMES D. GARVEY, JR.
JOHN C. DUPLANTIER
RALPH T. RABALAIS
DANIEL R. HYNES

WILLIAM R. SEAY, JR.
KATIE M. CUSIMANO
DAVID C. BACH◊
LAUREN E. BRISBI
JUSTIN E. ALSTERBERG
SHAILENDRA U. KULKARNI
JASON M. BAER
STEPHEN C. KOGOS, JR.
CHRISTOPHER J. ROUSE
MACKENZIE DISMORE RODRIGUEZ μ†
JEVAN S. FLEMING
H. JOHN GUTIERREZ ∆†±
KEVIN P. RICHÉ
DARREN P. TYUS
JORDAN M. JEANSONNE
ANDREW W. LEE

*PROFESSIONAL CORP.
ALSO ADMITTED IN:
∇ ALABAMA
∆ CALIFORNIA
◊ IOWA
† MARYLAND
μ MASSACHUSETTS
‡ MISSISSIPPI
* ONLY IN MISSISSIPPI
∆NEW YORK
± TEXAS
∆ WASHINGTON, D.C.

<u>VIA FACSIMILE: 680-4101</u>
<u>AND US MAIL</u>
Rebecca A. Coman
THE YOUNG FIRM
400 Poydras Street, Suite 2090
New Orleans, LA 70130

RE:   Andrew Goldman v. Nationwide Mutual Insurance Company, et al
      CDC No.: 11-4756; Section 7-E
      Our File No.: 1239-67005

Dear Ms. Coman:

We represent EAN Holdings, L.L.C., Enterprise Leasing Company of New Orleans and Enterprise Rent-A-Car Company as it relates to the suit filed on behalf of Andrew Goldman. While it is not clear from the face of the pleadings nor is it properly plead in accordance with Article 893 of the Louisiana Code of Civil Procedure that the amount in controversy is less than $75,000.00, I am attaching a copy of the Stipulation that no such damages at issue, exclusive of costs and interest are in excess of $75,000.00, and that plaintiff will not execute any such judgment in excess of $75,000.00. Please execute the attached Stipulation to obviate the need for us to go forward with removing this matter. If we do not receive an executed Stipulation by or before June 8, 2011, we will be forced to go forward with removing this matter.

I appreciate and thank you for your prompt attention and assistance in this regard. I look forward to hearing from you in the near future and working with you to bring this matter to an effective resolution one way or another.

With kind regards, I remain

Sincerely,

SEAN P. MOUNT

/tbd
Attachment

