CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 11-4756            SECTION "7-E"

ANDREW GOLDMAN

VERSUS

NATIONWIDE MUTUAL INSURANCE COMPANY, BARBARA ANDERSON, LITTLE HILL FOUNDATION FOR THE REHABILITATION OF ALCOHOLICS, PHILADELPHIA INSURANCE COMPANY, EAN HOLDINGS, LLC, TIFFANY JONES, ENTERPRISE LEASING COMPANY OF NEW ORLEANS, AND ENTERPRISE RENT-A-CAR COMPANY

FILED: _____     _____
                                                    DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION

NOW INTO COURT, through undersigned counsel, come plaintiff, Andrew Goldman through his attorney of record, Rebecca A. Coman, and defendants, EAN Holdings, LLC, Enterprise Leasing Company of New Orleans and Enterprise Rent-A-Car Company, through its attorney of record, Sean P. Mount, and hereby enter into this Stipulation governing the course of this matter. Plaintiffs have filed suit for damages that resulted from and automobile accident. Plaintiff hereby agrees that his claims in this matter do not exceed $75,000.00, exclusive of interest and costs.

FURTHER, plaintiff hereby agrees to waive and release any claims in excess of $75,000.00 against EAN Holdings, LLC, Enterprise Leasing Company of New Orleans and Enterprise Rent-A-Car Company, its employees, and their respective insurers.

FINALLY, plaintiff hereby agrees not to execute on any judgment rendered in excess of $75,000.00, exclusive of interest and costs, against EAN Holdings, LLC, Enterprise Leasing Company of New Orleans and Enterprise Rent-A-Car Company, its employees, and their respective insurers.

[SIGNATURE BLOCKS ON NEXT PAGE]


DEFENDANT'S EXHIBIT 3

| Respectfully Submitted: | Respectfully Submitted: |
|---|---|
| THE YOUNG FIRM | HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P. |
| BY:_____ | BY:_____ |
| TIMOTHY J. YOUNG, #22677<br>JASON C. MACFETTERS, #2967<br>REBECCA A. COMAN, #28845<br>400 Poydras Street, Suite 2090<br>New Orleans, Louisiana 70130<br>Telephone: (504) 680-4100<br>Attorney for Plaintiff, Andrew Goldman | DOMINIC J. OVELLA, #15030<br>SEAN P. MOUNT, #27584<br>JASON M. BAER, #31609<br>CHRISTOPHER J. ROUSE, #32668<br>One Galleria Blvd., Suite 1400<br>Metairie, LA 70011-8288<br>Telephone: (504) 836-6500<br>Attorney for defendants, EAN Holdings, L.L.C., Enterprise Leasing Company of New Orleans and Enterprise Rent-A-Car Company |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of June 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid and/or by facsimile service.

_____