UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW GOLDMAN | CIVIL ACTION NO: |
| VERSUS | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, BARBARA ANDERSON, LITTLE HILL FOUNDATION FOR THE REHABILITATION OF ALCOHOLICS, PHILADELPHIA INSURANCE COMPANY, EAN HOLDINGS, LLC, TIFFANY JONES, ENTERPRISE LEASING COMPANY OF NEW ORLEANS, AND ENTERPRISE RENT-A-CAR COMPANY | SECTION:<br><br>MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LIST OF ATTORNEYS AND PARTIES IN STATE COURT ACTION

**PURSUANT TO the provisions of 28 U.S.C. Section 1447(b)**, the following is a list of attorneys and the parties they represent involved in the State Court proceeding entitled *"Andrew Goldman v. Nationwide Mutual Insurance Company"* and 11-4756 on the Civil Docket of the Civil District Court for the Parish of Orleans, State of Louisiana, are hereby submitted for filing into the record of these proceedings.

1. Rebecca A. Coman, Esq.
   400 Poydras Street, Suite 2090
   New Orleans, LA 70130
   Attorney for plaintiff, Andrew Goldman

2.     Dominic J. Ovella, #15030 – T.A.
Sean P. Mount, #27584
Jason M. Baer, #31609
Christopher J. Rouse, #32668
Hailey, McNamara, Hall, Larmann & Papale, LLP
Attorneys for EAN Holdings, L.L.C., Enterprise Leasing Company of New Orleans, Enterprise Rent-A-Car Company and Tiffany Jones
One Galleria Boulevard, Suite 1400
Metairie, LA 70011-8288

3.     C. David Vasser, Jr.
Vasser & Vasser
Attorney for Philadelphia Insurance Company, Little Hill Foundation for the Rehabilitation of Alcoholics, and Barbra Anderson
516 Myrtle Hill Drive
Baton Rouge, Louisiana 70810

4.     Maria Barrios de Gracia
Attorney for Nationwide Insurance Company
3421 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002

    Respectfully Submitted,

    **HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

    BY: _s:// Christopher J. Rouse_
    **DOMINIC J. OVELLA, #15030 – T.A.**
    dovella@hmhlp.com
    **SEAN P. MOUNT, #27584**
    smount@hmhlp.com
    **JASON M. BAER, #31609**
    jbaer@hmhlp.com
    **CHRISTOPHER J. ROUSE, # 32668**
    crouse@hmhlp.com
    One Galleria Boulevard, Suite 1400
    Metairie, Louisiana 70001
    Telephone: (504) 836-6500
    Counsel for defendants, EAN Holdings, L.L.C., Enterprise Leasing Company of New Orleans, Enterprise Rent-A-Car Company and Tiffany Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served on all counsel of record via facsimile, hand delivery, and/or by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below.

Rebecca A. Coman, Esq.
400 Poydras Street, Suite 2090
New Orleans, LA 70130

This, the 15 June 2011.

_s:// Christopher J. Rouse_